### Harry Geller v. Evelyn Goldstein.

December 15, 1950.

R. L. Maddox, Judge.

Henry L. Bryant for appellant.

E. B. Wilson for appellee.

CLAY, COMMISSIONER—Affirming.

For the reasons stated in the opinion this day handed down in the case of Geller v. Geller, 314 Ky. 291, 234 S. W. 2d 974, the judgment is affirmed.